UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:17-cv-21777JLK

DANIEL CONNORS,

    Plaintiff,

vs.

OUHLALA GOURMET CORP.
d/b/a BUDDY FRUIT AND
SCOTT ALLSHOUSE,

    Defendants.
_____/

## ORDER ON PARTIES' JOINT MOTION TO APPROVE SETTLEMENT AND TO DISMISS THE CASE WITH PREJUDICE

**THIS CAUSE**, having come to be heard upon the Parties' Joint Motion to Approve Settlement and to Dismiss the Case with Prejudice, and the Court having heard Oral Arguments on August 31, 2017 and being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Parties' Joint Motion to Approve Settlement and to Dismiss the Case with Prejudice is hereby **GRANTED**.
2. The terms of the agreement, read into open court on August 31, 2017 and memorialized in the Parties' "Settlement Agreement and General Release", is approved in full.
3. This case is hereby **DISMISSED WITH PREJUDICE**.
4. All pending motions are **DENIED AS MOOT**. The Clerk shall CLOSE this case.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 26th day of September, 2017.

*/s/ James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:    All Counsel of Record